CHARLES JAMES McKENNA, APPELLANT, *v.* SHERIFF OF CLARK COUNTY, RESPONDENT.

No. 5937

September 9, 1969          458 P.2d 358

*I. R. Ashleman, II,* of Las Vegas, for Appellant.

*Harvey Dickerson,* Attorney General, *George E. Franklin, Jr.,* District Attorney, and *Melvyn T. Harmon,* Deputy District Attorney, Clark County, for Respondent.

## O P I N I O N

*Per Curiam:*

Following a preliminary examination McKenna was ordered to stand trial in the district court on a charge of fourth degree arson. NRS 205.025. He filed a petition for habeas corpus with that court alleging that insufficient evidence was presented by the state at the preliminary hearing to establish probable cause to hold him for trial. His petition was denied and he has appealed to this court.

The record does not support the appellant's contention. A parked Checker Taxicab was burned. The driver was seated inside the cab filling out a trip sheet when he heard a thump and immediately the cab was in flames. After the blaze was put out, fragments of broken glass from two separate bottles, a large paper sack, a strip of a turkish towel which reeked of gasoline, a wick and fluid were found nearby. The towel was lying in a pool of gas at the rear of the cab. The defendant-appellant's fingerprints were found on the paper bag. This, we think, is enough to warrant a full trial in the district court.

Affirmed.